FILED

**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

2005 FEB -8 P 3: 12

| | |
|---|---|
| JENNIFER FALCON | CIVIL ACTION NO. |
| plaintiffs | # 3-00-CV-2467 (DJS) |
| VS | |
| WAL*MART STORES, INC. | JANUARY 31, 2005 |
| defendant | |

**MOTION TO WITHDRAW APPEARANCE**

The undersigned counsel for defendant Wal-Mart Stores Inc. in the above captioned action hereby moves, pursuant to Practice Book Section 3-10 to withdraw their appearance in this matter upon notice and good cause. Counsel represents that an in lieu of appearance was filed long ago for defendant Wal-Mart Stores, Inc and therefore the appearance of this firm should be withdrawn.

RESPECTFULLY SUBMITTED

JAMES G. WILLIAMS
WILLIAMS WALSH & O'CONNOR LLC
110 WASHINGTON AVE 2ND FLR
NORTH HAVEN CT 06473-1718
TEL [203] 234 6333
FAX [203] 234 6330
JURIS # 421162

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, first class, postage prepaid to:

James F. Early, Esq.
Early, Ludwick & Sweeney
265 Church Street, 11th Floor
New Haven, CT 06508

R. Bradley Morris, Esq.
Pepe & Hazard
Goodwin Square
Hartford, CT 06103

Theresa Osterman Stevenson, Esq.
Wilson, Petty, Kosmo and Turner
550 West C Street, Suite 1050
San Diego, CA 92101-3532

Heritage Consumer Products, LLC
Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

_____
JAMES G WILLIAMS